IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLEMENT WILLIAMS,

   Plaintiff,

    v.

HOME STAR MORTGAGE
SERVICES, LLC, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:10-CV-3738-TWT

## ORDER

This is a pro se civil action arising out of a foreclosure proceeding. It is before the Court on the Report and Recommendation [Doc. 8] of the Magistrate Judge recommending dismissing the action for want of prosecution. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED without prejudice. The Defendants' Motion to Dismiss [Doc. 4] is DENIED as moot.

SO ORDERED, this 13 day of July, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\10\Williams\10cv3738\r&r.wpd